UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARVIN COBB     CIVIL ACTION

VERSUS     NO. 17-3696

DISTRICT ATTORNEY     SECTION: "I"(3)
WALTER P. REED, ET AL.

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal false arrest claims are dismissed with prejudice as frivolous because they are prescribed.

**IT IS FURTHER ORDERED** that plaintiff's federal claims for malicious prosecution, wrongful conviction, and the suppression, fabrication, or alteration of evidence are dismissed with prejudice until such time as the Heck conditions are met.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are dismissed without prejudice to their being asserted in the state courts.

New Orleans, Louisiana, this 30th day of May, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE